IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CURTIS JAMES McGUIRE<br>TDCJ-CID No. 2004589<br><br>    Plaintiff,<br><br>v.<br><br>UNIT CLASSIFICATION DEPARTMENT,<br>*et al.*<br><br>    Defendants. | 2:23-CV-00137-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss Plaintiff's Complaint pursuant to 42 U.S.C. § 1983 ("FCR") (ECF No. 47). No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge be **ADOPTED** and the case **DISMISSED** without prejudice.

**SO ORDERED**.

January 18, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE